Case No.  **2:18-cv-09694-MWF-MAA**                                        Date:  **February 5, 2019**

Title  **Katrakazos *vs*. State of California**

Present: The Honorable:    **MARIA A. AUDERO, U.S. Magistrate Judge**

|  Cheryl Wynn  |  N/A  |
| :---: | :---: |
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| :---: | :---: |
| N/A | N/A |

**Proceedings (In Chambers):**    Order Suspending Briefing and Ordering Petitioner to Show Cause Why This Case Should Not Be Dismissed for Failure to Prosecute and Lack of Personal Jurisdiction

On January 10, 2019, the Court issued an order requiring Respondent State of California to respond to Petitioner Johnny Alberto Katrakazos's petition for a writ of habeas corpus.  ("Order," ECF No. 5.)  The Order also invited Petitioner to file a request to amend the petition to substitute as respondent the warden of the institution in which he currently is incarcerated in place of the State of California.  (*Id.*)  To date, Petitioner has not filed a request to amend the petition to name the proper respondent.

The proper respondent in a state habeas action is the "state officer having custody" of him.  *Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (citation and quotation marks omitted).  "This person typically is the warden of the facility in which the petitioner is incarcerated."  *Stanley v. Cal. Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994).  Failure to name the correct custodian as a respondent may deprive the court of personal jurisdiction over the petition.  *See id.*

The Court **SUSPENDS** Respondent's deadlines to file a motion to dismiss or an answer to the petition.  Petitioner is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution and lack of personal jurisdiction.  Petitioner shall file a written response to this Order to Show Cause within **twenty-one (21) days** after service of this order.  Alternatively, the Order to Show Cause will discharge automatically if Petitioner files a request to amend the petition to name the proper respondent.

**A failure by Petitioner to timely comply with this Order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute and lack of personal jurisdiction.**

It is so ordered.

cw<br>Initials of Preparer