JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ALBERTO KATRAKAZOS,<br><br>        Petitioner,<br>    v.<br>SCOTT FRAUENHEIM, Warden,<br><br>        Respondent. | Case No. 2:18-cv-09694-MWF-MAA<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 17, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE